CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/24/2019
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERTS LOVING HASKINS, <br><br> *Defendant.* | CASE NO. 6:19-CR-00012 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the U.S. Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hoppe filed a Report and Recommendation (the "Report") on May 9, 2019, in which he recommended that the Court accept (1) Defendant's plea of guilty to Count One of the information—conspiracy to distribute and possess with the intent to distribute a substance containing a detectable amount of cocaine and a substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and (2) adjudge Defendant guilty of that offense. (Dkt. 17).

After a careful review of the record, and no objection having been filed to the Report within fourteen days of its service upon the parties, this Court hereby **ADOPTS** the Report in its entirety, **FINDS** the Defendant guilty of the count of the information described above, and **ADJUDGES** Defendant guilty of that offense. A presentence report in this matter shall be prepared.

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 24th day of May, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE